**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JUANA CEJA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY BERRYHILL, DEPUTY ) <br> COMMISSIONER OF OPERATIONS ) <br> FOR THE SOCIAL SECURITY ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CV 17-1837-PLA <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with this Memorandum Opinion.

DATED: August 2, 2018

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE